*PHV FEE PAID:*
*$75.00*
*RECEIPT #*
*FLS400000233*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

| | |
|---|---|
| MARTY MURPHY, as Guardian for MATTHEW SHAUN MURPHY, and MARIE K. ANNULYSSE as natural parent of KM, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KEY WEST, a municipal corporation, and OFFICER MARK W. SIRACUSE, in his individual capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:15-cv-10044-JEM<br><br>REC'D by ⸻ D.C.<br>FILED<br>APR 28 2015<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S. D. of FLA. – KEY WEST |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Peter M. Williamson, Esquire, of the Williamson Law Firm, 20750 Ventura Blvd., Suite 345, Woodland Hills, CA 91364, (818) 226-5700, for purposes of appearance as co-counsel on behalf of Plaintiffs, MARTY MURPHY, as Guardian for MATTHEW SHAUN

MURPHY, and MARIE K. ANNULYSSE as natural parent of KM, a Minor, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Peter M. Williamson, Esquire, to receive electronic filings in this case, and in support thereof states as follows:

1. Peter M. Williamson, Esquire, is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar & the United States District Court for the Northern, Southern, Eastern, and Central Districts of California.

2. Movant, James V. Cook, Esquire, of the Law Office of James V. Cook, 314 West Jefferson Street, Tallahassee, FL 32301, (850) 222-8080, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Peter M. Williamson, Esquire, has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Peter M. Williamson, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Peter M. Williamson, Esq., at his email address: pmw@pwilliamsonlaw.com.

WHEREFORE, James V. Cook, Esquire, moves this Court to enter an Order permitting Peter M. Williamson, Esquire, to appear before this Court on behalf of Plaintiffs, MARTY MURPHY, as Guardian for MATTHEW SHAUN MURPHY, and MARIE K. ANNULYSSE as natural parent of KM, a Minor, , for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Peter M. Williamson, Esq.

DATE: April _23_, 2015                Respectfully submitted,

/s/ James V. Cook
JAMES V. COOK
Florida Bar Number 0966843
Law Office of James V. Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel: (850) 222-8080/Fax: (850) 561-0836
Email: cookjv@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

MARTY MURPHY, as Guardian for MATTHEW SHAUN MURPHY, and MARIE K. ANNULYSSE as natural parent of KM, a Minor,

    Plaintiffs,

v.

CITY OF KEY WEST, a municipal corporation, and OFFICER MARK W. SIRACUSE, in his individual capacity, and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 4:15-cv-10044-JEM

## CERTIFICATION OF PETER M. WILLIAMSON

PETER M. WILLIAMSON, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the California Bar & the United States District Court of the Northern, Southern, Eastern and Central Districts of California.

DATE: April 18, 2015

Respectfully submitted,

*/s/ Peter M. W.*

Williamson Law Firm
20750 Ventura Blvd., Suite 345
Woodland Hills, CA 91364
Tel: (818) 226-5700/Fax: (818) 226-5704
Email: pmw@pwilliamsonlaw.com

## CERTIFICATE OF SERVICE

- 2 -

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by mail, on April __23__, 2015, on all counsel or parties of record on the service list.

/s/ James V. Cook
James V. Cook

## Case No.: 4:15-cv-10044-JEM
## SERVICE LIST

| | |
|---|---|
| City of Key West<br>3132 Flagler Avenue<br>Key West, FL 33040<br>Tel: (305)809-3700 | Defendant |
| Officer Mark W. Siracuse<br>Key West Police Department<br>1604 N. Roosevelt Blvd.<br>Key West, Fl 33040.<br>Tel: (305) 809-1000 | Defendant |

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 21, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PETER MARK WILLIAMSON, #97309 was admitted to the practice of law in this state by the Supreme Court of California on April 30, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

MARTY MURPHY, as Guardian for
MATTHEW SHAUN MURPHY, and
MARIE K. ANNULYSSE as natural
parent of KM, a Minor,

    Plaintiffs,

v.

CITY OF KEY WEST, a municipal
corporation, and OFFICER MARK W.
SIRACUSE, in his individual capacity,
and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 4:15-cv-10044-JEM

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Peter M. Williamson, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is GRANTED. Peter M. Williamson, Esquire, may appear and participate in this action on behalf of Plaintiffs, MARTY MURPHY, as guardian for MATTHEW SHAUN MURPHY, AND MARIE K. ANNULYSSE as natural parent of KM, a minor. The Clerk shall provide electronic notification of all electronic filings to Peter M. Williamson, Esquire, at pmw@pwilliamsonlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____, 2015.

_____
United States District Judge

Copies furnished to:
All Counsel of Record